UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTIN LEE KANTHOOK,

Plaintiff,

Case No: 26-11954
Hon. F. Kay Behm
U.S. District Judge

v.

KENNETH EARL KANTHOOK, *et al.*,

Defendants.
________________________________/

**JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order dismissing this case, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Date: August 7, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge